# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DARIO SANCHEZ & CYNTHIA L. SANCHEZ  
160 S. LALONDE AVE.   APT. 2H  
ADDISON, IL  60101  
SSN-xxx-xx-0195 & xxx-xx-8983

Case Number: 06-70019

Case filed on: 1/5/2006  
Plan Confirmed on: 8/4/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $13,225.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,689.00 | 1,689.00 | 0.00 | 0.00 |
|  | Total Legal | 1,689.00 | 1,689.00 | 0.00 | 0.00 |
| 999 | DARIO SANCHEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 23,445.48 | 23,445.48 | 6,108.67 | 2,665.27 |
| 002 | TRIAD FINANCIAL | 10,600.00 | 9,962.83 | 3,668.77 | 0.00 |
| 003 | WELLS FARGO FINANCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 34,045.48 | 33,408.31 | 9,777.44 | 2,665.27 |
| 001 | DAIMLER CHRYSLER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | TRIAD FINANCIAL | 0.00 | 637.17 | 0.00 | 0.00 |
| 004 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | B-LINE LLC | 775.09 | 775.09 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 372.45 | 372.45 | 0.00 | 0.00 |
| 007 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUEBLERIA CONTINENTAL FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RETAIL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | VILLAGE SQUARE DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VIP FAMILEY HEALTH CARE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL ACCEPTANCE | 8,294.85 | 8,294.85 | 0.00 | 0.00 |
|  | Total Unsecured | 9,442.39 | 10,079.56 | 0.00 | 0.00 |
|  | Grand Total: | 45,176.87 | 45,176.87 | 9,777.44 | 2,665.27 |

Total Paid Claimant:     $12,442.71  
Trustee Allowance:       $782.29  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan